

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00250-CR

**GEORGE KRISTOPHER NEVILLE,**

                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                        **Appellee**

From the 19th District Court
McLennan County, Texas
Trial Court No. 2016-1624-C1

## ABATEMENT ORDER

The appellant's brief is overdue in this appeal.

We did not rule on Appellant's Fifth Motion to Extend Time to File Brief on the Merits. Each previous motion was for very brief periods of time and well justified. We have waited to rule on the fifth motion until after the date to which an extension was requested; which was May 28, 2019. We are now a month beyond the date to which the extension was requested; thus, if the motion had been granted, the brief would,

nevertheless, be late. Having received no brief, we must abate the appeal.

Accordingly, we abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 28 days of the date of this Order. *See id.*

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeal abated
Order issued and filed July 1, 2019
[RWR]

